IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARGARET REAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 5:15-CV-180-FL |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| SERVICING INC., and ) | |
| OCWEN LOAN SERVICING, LLC ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE

This matter came bfore the Court on the Defendants Ocwen Loan Servicing, LLC and American Home Mortgage Servicing Inc. (hereinafater "Defendants Ocwen and American Home Mortgage") Motion to Strike (the "Motion") Plaintiff's Reply to Answer to Complaint (doc. no. 19) and related exhibits (doc. no. 20) (collectively the "Reply"), pursuant to Fed. R. Civ. P. 12(f), 7(a)(7), and 11(a) ,and related Memorandum in Support. The Court finds that the Motion is due to be granted as the Reply is immaterial, an unauthorized pleading, and does not comply with the signatory requirement of Federal Rules of Civil Procedure.

It is therefore, ORDERED that Defendants Ocwen and American Home Mortgage Motion is GRANTED and document nos. 19 and 20 are stricken from the Court's docket.

This the 18th day of August, 2015.

By: _____
LOUISE W. FLANAGAN
U.S. DISTRICT JUDGE