IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-180-FL

| | |
|---|---|
| MARGARET REAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| AMERICAN HOME MORTGAGE | ) |
| SERVICING, INC. and OCWEN LOAN | ) |
| SERVICING, LLC, | ) |
| | ) |
| Defendants. | ) |

This case is before the court on the motion (D.E. 93) by defendants American Home Mortgage Servicing, Inc. and Ocwen Loan Servicing, LLC ("defendants") to excuse their corporate representative from in-person attendance at the resumed settlement conference scheduled for 26 January 2018 (*see* D.E. 91) and allow the representative to appear telephonically. The court's order setting the resumed settlement conference noted that only truly extraordinary circumstances could justify the non-attendance of plaintiff, any counsel for plaintiff, a representative of defendants, and counsel for defendants. Defendants have not provided any information warranting excusal of the in-person attendance of a corporate representative. Moreover, the court believes that non-attendance in person of the corporate representative could detract from the effectiveness of the 26 January 2018 session of the settlement conference. Accordingly, the motion is DENIED. Defendants' corporate representative shall appear at the conference in person as directed.

SO ORDERED, this 19th day of January 2018.

James E. Gates
United States Magistrate Judge