UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARGARET REAVES, )<br>    Plaintiff, )<br>                  )<br>   v.                 )<br>                    )<br>AMERICAN HOME MORTGAGE )<br>SERVICING, INC. And OCWEN )<br>LOAN SERVICING, LLC )<br>    Defendants. ) | JUDGMENT<br><br>No.5:15-CV-180-FL |

**Decision by Court and Jury.**

That this action came before The Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' oral motion for judgment as a matter of law. Subsequent to the court's ruling as to this motion, the remaining claim in this action was tried by a jury with The Honorable Louise W. Flanagan presiding, and the jury rendered a verdict fully favorable to the defendants.

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff shall have and recover nothing and this action is dismissed.

**This Judgment Filed and Entered on March 15, 2018, and Copies To:**

Margaret Reaves (via US mail 604 Sardis Drive, Raleigh, NC 27603)
D. Kyle Deak (via CM/ECF Notice of Electronic Filing)
Danielle Kara Greco (via CM/ECF Notice of Electronic Filing)

March 15, 2018                           PETER A MOORE, JR., CLERK
                                             /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk